IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SAVANNAH LOWE,

    Plaintiff,                                                CASE NO. 2:22-CV-00112

vs.

REVENUE MANAGEMENT GROUP,
INC., *ET AL.*,

    Defendants.

## JUDGMENT ORDER

In accordance with the Court's memorandum opinion and order entered this day granting Plaintiff's Motion to Remand, it is hereby **ORDERED** that this civil action be, and it hereby is, remanded to the Boone County Circuit Court. It is further **ORDERED** that this action be, and it hereby is, stricken from the docket of this Court.

The Clerk is directed to transmit this judgment order to all counsel of record and any unrepresented parties and a certified copy to the clerk of court for Boone County Circuit Court.

**ENTER: June 2, 2022**.

Omar J. Aboulhosn
United States Magistrate Judge

1